IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RAMON DEWAYNE EASTMAN                                                                PLAINTIFF

v.                                        Case No. 6:20-cv-06052

SHERIFF MICHAEL MCCORMICK;
CHIEF DEPUTY STEVEN ELROD;
CAPTAIN BRENDA COSGROVE; DR.
ABSALAM TILLEY; and BRENDA
JOHNSON                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 6, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 83). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Bryant recommended that Defendants' Joint Motion for Summary Judgment (ECF No. 58) be granted.

Neither party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 58) is **GRANTED**. Therefore, Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 9th day of November 2021.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**